IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL T. HARRIS

SEALED
INDICTMENT
CASE No. 3:19cr109/TKW

## NOTICE OF PENDENCY OF OTHER OR PRIOR SIMILAR ACTIONS

The United States of America, by Lawrence Keefe, United States Attorney for the Northern District of Florida, hereby notifies this Honorable Court, pursuant to Rule 5.1(F) of the Local Rules of the United States District Court, Northern District of Florida, of the existence of a related case which concerns issues of law and facts common with those of the above-captioned case. The case is <u>United States v. Robert Patrick Jensen</u>, Case No. <u>3:19cr108</u> which was assigned to Senior United States District Court Judge Roger Vinson.

Respectfully submitted,

LAWRENCE KEEFE
United States Attorney

J. RYAN LOVE
Assistant United States Attorney
Florida Bar No. 0637920
United States Attorney's Office
21 E. Garden St., Suite 400
Pensacola, FL 32502-5675
Telephone: (850)444-4000
Ryan.love@usdoj.gov

FILED USDC FLND PN
SEP 24 '19 PM4:05